# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY HERRING, III, | CV F   05 0079 AWI SMS P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN DEFENDANTS AND CLAIMS FROM ACTION |
| CLARK, et. al., | |
| Defendants. | |

Harvey Herring, III ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This action was filed on January 19, 2005.  Plaintiff names Mike Clark, Sgt. Jack L. Hill, Darlene Rodriguez, Roger Lowder, Correctional Officers Alejandro Ramirez, Kenneth J. Jiminez, Wheeler, Diaz, M.D. McAlister, Sgt. Kevin Curtiss and MTA Flora Schumacher as Defendants and seeks monetary damages.

On May 23, 2006, screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable claims for relief under 42 U.S.C. § 1983 for Eighth Amendment excessive force and assault and battery against Defendants Clark, Hill, Rodriguez, Lowder, Ramirez, Jiminez, Wheeler, Curtiss, Diaz, and McAlister.[1]  Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).  Plaintiff was given the option of submitting an

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that be dismissed from this action for failure to state any claims upon which relief may be granted.

Amended Complaint and curing the defects outlined by the Court or proceeding on only those claims cognizable and dismissing all remaining claims and defendants from the action. On June 7, 2006, Plaintiff informed the Court that he wished to proceed with only those claims found cognizable by the Court.

In light of Plaintiff's election to proceed only on those claims found cognizable by the Court, the Court HEREBY RECOMMENDS that Plaintiff's Eighth Amendment Medical Claim against Defendants Hill, Lowder and Schumacher and the assault and battery claim against Defendant Schumacher and the negligence claim against all Defendants be DISMISSED.

The Court HEREBY ORDERS that these Findings and Recommendations be submitted to the United States District Court Judge assigned to this action pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within THIRTY (30) days after being served with a copy of these Findings and Recommendations, any party may file written Objections with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Replies to the Objections shall be served and filed within TEN (10) <u>court</u> days (plus three days if served by mail) after service of the Objections. The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C). The parties are advised that failure to file Objections within the specified time may waive the right to appeal the Order of the District Court. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   June 16, 2006**               /s/ Sandra M. Snyder
icido3                               UNITED STATES MAGISTRATE JUDGE