# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY HERRING, III, | CV F   05 0079 AWI SMS P |
| Plaintiff, | |
| v. | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF |
| CLARK, et. al., | |
| Defendants. | |

Harvey Herring, III ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This action was filed on January 19, 2005.  Plaintiff names Mike Clark, Sgt. Jack L. Hill, Darlene Rodriguez, Roger Lowder, Correctional Officers Alejandro Ramirez, Kenneth J. Jiminez, Wheeler, Diaz, M.D. McAlister, Sgt. Kevin Curtiss and MTA Flora Schumacher as Defendants and seeks monetary damages.

On May 23, 2006, screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and

finds that it states cognizable claims for relief under 42 U.S.C. § 1983 for excessive force and assault and battery against Defendants Clark, Hill, Rodriguez, Lowder, Ramirez, Jiminez, Wheeler, Curtiss, Diaz, and McAlister. Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).   Plaintiff was given the option of submitting an Amended Complaint and curing the defects outlined by the Court or proceeding on only those claims cognizable and dismissing all remaining claims and defendants from the action.  On June 7, 2006, Plaintiff informed the Court that he wished to proceed with only those claims found cognizable by the Court.[1]  Accordingly, IT IS HEREBY ORDERED that:

    1.    Service is appropriate for the following Defendants:

           MIKE CLARK

           SGT. JACK L. HILL

           DARLENE RODRIGUEZ

           ROGER LOWDER

           C/O ALEJANDRO RAMIREZ

           C/O KENNETH J. JIMINEZ

           C/O JOHN WHEELER

           SGT. KEVIN CURTISS

           C/O ERNESTO DIAZ

           C/O M.D. McALISTER

    2.    The Clerk of the Court shall send Plaintiff TEN USM-285 forms, TEN summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed JANUARY 19, 2005.

    3.    Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that be dismissed from this action for failure to state any claims upon which relief may be granted.

1 | Notice to the Court with the following documents:
2 |     a.    Completed summons;
3 |     b.    One completed USM-285 form for each Defendant listed above; and
4 |     c.    ELEVEN copies of the endorsed complaint filed JANUARY 19, 2005.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:   June 16, 2006**           /s/ Sandra M. Snyder
icido3                                         UNITED STATES MAGISTRATE JUDGE

3