UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HARVEY HERRING, III,      1:05-cv-00079-AWI-SMS-P

    Plaintiff,    **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 21)

vs.

CLARK, et al.,       **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS**

    Defendants.
_____/

   Harvey Herring, III ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On June 19, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  de novo review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendations, filed June 19, 2006,
8  are ADOPTED IN FULL; and,
9  2.  Plaintiff's Eighth Amendment Medical Claim against
10 Defendants Hill, Lowder and Schumacher, and the assault and
11 battery claim against Defendant Schumacher, and the negligence
12 claim against all Defendants are DISMISSED.

IT IS SO ORDERED.

**Dated:   September 12, 2006**            /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE

2