UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY HERRING, III, | 1:05-CV-0079 AWI SMS P |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| v. | (DOCUMENT #26) |
| MIKE CLARK, et al., | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 28, 2006, defendants filed a request for first extension of time to respond to plaintiff's complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted to and including October 31, 2006, to file the response.

IT IS SO ORDERED.

**Dated:  October 16, 2006**              **/s/ Sandra M. Snyder**
b6edp0                                    UNITED STATES MAGISTRATE JUDGE