# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY HERRING, III, | CV F   05 0079 AWI SMS P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS TO GRANT MOTION TO DISMISS (Doc. 46) |
| CLARK, et. al., | |
| Defendants. | |

Harvey Herring, III ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's allegation of excessive force and assault and battery against Defendants Clark, Hill, Rodriguez, Lowder, Ramirez, Jiminez, Wheeler, Curtiss, Diaz and McAlister.

On October 31, 2006, Defendant Rodriguez moved to have the action dismissed against her.  Defendant states that the Complaint makes no allegation that Defendant Rodriguez, an MTA, ever engaged in excessive force against him.

1    On November 13, 2006, Plaintiff filed a Response to the Motion and states that he has no
2 objection to having Defendant Rodriguez removed from the action. (Docs. 49, 50.)
3    In light of this statement of non-opposition, the Court HEREBY RECOMMENDS that
4 the Motion to Dismiss Defendant Rodriguez be GRANTED and Defendant Rodriguez be
5 DISMISSED from the action. The action should proceed on the allegations against the
6 remaining Defendants.
7    The Court FURTHER ORDERS that these Findings and Recommendations be submitted
8 to the United States District Court Judge assigned to this action pursuant to the provisions of 28
9 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States
10 District Court, Eastern District of California. Within TWENTY (20) days after being served
11 with a copy of these Findings and Recommendations, any party may file written Objections with
12 the Court and serve a copy on all parties. Such a document should be captioned "Objections to
13 Magistrate Judge's Findings and Recommendations." Replies to the Objections shall be served
14 and filed within TEN (10) court days (plus three days if served by mail) after service of the
15 Objections. The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C.
16 § 636 (b)(1)(C). The parties are advised that failure to file Objections within the specified time
17 may waive the right to appeal the Order of the District Court. Martinez v. Ylst, 951 F.2d 1153
18 (9th Cir. 1991).
19 IT IS SO ORDERED.
20 **Dated:   December 13, 2006**              /s/ Sandra M. Snyder
   b6edp0                                    UNITED STATES MAGISTRATE JUDGE

2