# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY HERRING III, | 1:05-cv-00079-LJO-SMS-PC |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO COMPEL U.S. MARSHAL TO EFFECT SERVICE ON DEFENDANT CLARK |
| MIKE CLARK, et. al., | (Doc. 56) |
| Defendants. | |

_____/

Harvey Herring III ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On May 7, 2007, plaintiff filed a motion for the court to order the U.S. Marshal to serve process on defendant Mike Clark. On June 28, 2007, the U.S. Marshal filed a waiver of service executed by defendant Mike Clark on June 9, 2007.  In light of the fact that defendant Mike Clark has waived service in this action, IT IS HEREBY ORDERED that plaintiff's motion is DENIED as moot.

IT IS SO ORDERED.

**Dated:    July 3, 2007**            _____/s/ Sandra M. Snyder_____
                        UNITED STATES MAGISTRATE JUDGE

1