# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY HERRING, III, | 1:05-cv-00079-AWI-SMS-P |
| Plaintiff, | ORDER GRANTING EX PARTE MOTION TO EXTEND DEADLINES SET BY DISCOVERY/SCHEDULING ORDER OF NOVEMBER 21, 2006 |
| v. | |
| CLARK, et. al., | (Doc. 51) |
| Defendants. | New Discovery Cut-Off Date -     02-29-2008<br>New Dispositive Motion Deadline -  04-25-2008 |

Plaintiff Harvey Herring III is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 15, 2007, defendant Mike Clark ("defendant") filed an ex parte motion to extend two of the deadlines set by the court's Discovery/Scheduling Order of November 21, 2006. Defendant requested that the deadline for completion of discovery be extended to February 29, 2008, and the dispositive motion deadline be extended to April 25, 2008. Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

  1. Defendant Mike Clark's motion to extend deadlines is GRANTED as to all parties in this action;

  2. All discovery, including motions to compel, formerly to be completed by July 30, 2007, shall be completed by **February 29, 2008;**

1

1       3.     The deadline for serving and filing pre-trial dispositive motions, formerly October 1, 2007, is extended to **April 25, 2008;** and

      4.     All other deadlines set by the Discovery/Scheduling Order of November 21, 2006, remain the same.

IT IS SO ORDERED.

**Dated:   August 16, 2007**             /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE