# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY HERRING III, | 1:05-cv-00079-LJO-SMS-PC |
|     Plaintiff, | ORDER DENYING PLAINTIFF'S MOTIONS FOR ISSUANCE OF SUBPOENA, WITH LEAVE TO SUBMIT A NEW REQUEST PROVIDING FURTHER INFORMATION |
| v. | |
| MIKE CLARK, et. al., | (Docs. 62, 63) |
|     Defendants. | THIRTY DAY DEADLINE |

Harvey Herring III ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On September 7, 2007, and October 18, 2007, plaintiff filed requests for the court to send him a signed but otherwise blank subpoena duces tecum form to be served on a non-party.

A subpoena duces tecum orders a witness to appear and to bring specified documents, records, or things.[1] Pursuant to Rule 34(a) of the Federal Rules of Civil Procedure, "any party may serve on any other party a request to produce and permit the party making the request . . . to inspect and copy any designated documents . . . which are in the possession, custody or control of the party upon whom the request is served." Fed.R.Civ.P. 34(a)(1). A person not a party to the

///

---

[1] Black's Law Dictionary, Eighth Edition.

1

1  action may be compelled to produce documents and things or to submit to an inspection as
2  provided in Rule 45.  Fed.R.Civ.P. 34( c).
3       Under some circumstances, the issuance of a subpoena may impose an undue burden or
4  expense.  See Fed.R.Civ.P. 45(c)(1).  A party responsible for the issuance and service of a
5  subpoena has a duty to avoid imposing undue burden or expenses on a person subject to a
6  subpoena, and the court is required to enforce this duty.  Id.  If a subpoena fails to allow
7  reasonable time for compliance, or if a subpoena requires a person who is not a party to incur
8  substantial expense or to travel more than one hundred miles from his residence, the court may
9  be required to quash or modify the subpoena.  Fed.R.Civ.P. 45(c)(3).
10      In cases where one party is incarcerated and proceeds pro se, there are inherent problems
11 with the issuance of a subpoena duces tecum.  For example, plaintiff may be incarcerated in one
12 jurisdiction and the documents housed in another.  A prisoner may be transferred from one
13 facility to another during discovery without advance notice.  To avoid imposing undue burden or
14 expense, the court shall require additional information from plaintiff before sending him a
15 subpoena.  Should plaintiff wish to proceed, he must submit a written request which specifies
16 exactly which documents he is seeking and from whom.  The request must be specific enough to
17 determine what plaintiff seeks.  The request cannot be a broadly stated request that amounts to a
18 fishing expedition.
19      Based on the foregoing, plaintiff's pending motions for the issuance of a subpoena duces
20 tecum shall be denied, with leave to submit a new written request for the court's consideration.
21 The request must be submitted within thirty days from the date of service of this order and must
22 articulate which documents are sought from which non-party witnesses.  Plaintiff is reminded
23 that he must work within the discovery deadline and should submit such request as soon as
24 possible.
25      Accordingly, IT IS HEREBY ORDERED that:
26      1.   Plaintiff's motions for the issuance of a subpoena are DENIED without prejudice;
27 ///
28 ///

2. Should plaintiff wish to proceed with a subpoena, he must submit a new written request for issuance of a subpoena, with information as specified in this order, within thirty days from the date of service of this order.

3. Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   January 4, 2008**                               /s/ Sandra M. Snyder
                                                        UNITED STATES MAGISTRATE JUDGE