IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY HERRING, III, | 1:05-cv-00079-LJO-SMS- (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO SUBMIT NEW REQUEST FOR ISSUANCE OF SUBPOENA |
| vs. | |
| MIKE CLARK, et al., | (DOCUMENT #66) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 24, 2008, plaintiff filed a motion to extend time to submit a new request for issuance of a subpoena. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to submit a new request for the issuance of a subpoena, pursuant to the court's order of January 8, 2008.

IT IS SO ORDERED.

**Dated:   February 7, 2008**           /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE