UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY HERRING III,<br><br>        Plaintiff,<br><br>   v.<br><br>MIKE CLARK, et al.,<br><br>        Defendants. | 1:05-cv-00079-LJO-SMS-PC<br><br>ORDER GRANTING MOTIONS TO<br>EXTEND DEADLINES<br>(Docs. 66, 70)<br><br>ORDER EXTENDING DEADLINES FOR<br>ALL PARTIES TO THIS ACTION<br><br>New Discovery Cut-Off Date -          06-27-2008<br>New Dispositive Motion Deadline -   07-25-2008 |

     Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 24, 2008, plaintiff filed a motion for an extension of the deadline to conduct discovery. (Doc. 66.) On February 27, 2008, defendant Clark filed an ex parte motion to extend the deadlines for discovery and dispositive motions. (Doc. 70.) Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    1.    Plaintiff's motion for an extension of the discovery deadline is GRANTED;

    2.    Defendant Clark's ex parte motion to extend the deadlines for discovery and dispositive motions is GRANTED:

    3.    The discovery deadline is EXTENDED for all parties to this action. All discovery, including motions to compel, shall be completed by **June 27, 2008**;

///

1     4.      The dispositive motions deadline is EXTENDED for all parties to this action. The new deadline for serving and filing pre-trial dispositive motions is **July 25, 2008**.;

5. All other deadlines and provisions of the court's Discovery/Scheduling Order of November 21, 2006, remain the same.

IT IS SO ORDERED.

**Dated:   April 3, 2008**                **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE