UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HARVEY HERRING III, | ) | 1:05-cv-00079-LJO-SMS-PC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION TO EXTEND DISCOVERY DEADLINE |
| | ) | (Doc. 73) |
| v. | ) | |
| | ) | ORDER EXTENDING DEADLINES FOR ALL PARTIES TO THIS ACTION |
| MIKE CLARK, et al., | ) | |
| | ) | New Discovery Cut-Off Date -      09-29-2008 |
| Defendants. | ) | New Dispositive Motion Deadline -  10-29-2008 |
| _____ | ) | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 25, 2008, plaintiff filed a motion for an extension of the deadline to conduct discovery. (Doc. 73.) Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    1.    Plaintiff's motion for an extension of the discovery deadline is GRANTED;

    2.    The discovery deadline is EXTENDED for all parties to this action. All discovery, including motions to compel, shall be completed by **September 29, 2008**;

    4.    The dispositive motions deadline is EXTENDED for all parties to this action. The new deadline for serving and filing pre-trial dispositive motions is **October 29, 2008**.;and

    5.    All other deadlines and provisions of the court's Discovery/Scheduling Order of November 21, 2006, remain the same.

IT IS SO ORDERED.

Dated:   July 15, 2008                        /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE