IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY HERRING III,<br><br>      Plaintiff,<br><br>  vs.<br><br>MIKE CLARK, et al.,<br><br>      Defendants.<br>_____ / | 1:05-cv-00079-LJO-SMS-PC<br><br>ORDER DIRECTING SERVICE OF SUBPOENA DUCES TECUM BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS<br><br>ORDER FOR CLERK TO SERVE COPY OF SUBPOENA ON ALL PARTIES |

       Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.  The court previously ordered plaintiff to provide information to complete a subpoena duces tecum to be served on a non-party to this action.  Plaintiff has submitted the required information.  Accordingly, IT IS HEREBY ORDERED that:

       1.    The Clerk of the Court is directed to:

             (1)    Issue a completed subpoena duces tecum to be served on Ken Clark, Warden, California Substance Abuse Treatment Facility ("CSATF"), 900 Quebec Avenue, Corcoran, California  93212; and

             (2)    Serve a copy of this order and a copy of the issued subpoena on all parties to this action;

        (3)      Send to the United States Marshals Service:

              (a)      The completed and issued subpoena to be served on Ken Clark, Warden of CSATF;

              (b)      One completed USM-285 form; and

              (c)      One copy of this order for Ken Clark, plus an extra copy for the Marshal.

2.      Within thirty days from the date of this order, the United States Marshal shall personally serve process and a copy of this order upon Ken Clark, Warden of CSATF, in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this order. The United States Marshal shall maintain the confidentiality of all information provided by the CDC pursuant to this order.

3.      The United States Marshal is directed to retain the subpoena in their file for future use.

4.      Within ten days after personal service is effected, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the subpoena and for preparing new USM-285 forms, if required.

IT IS SO ORDERED.

**Dated:   October 10, 2008**          **/s/ Sandra M. Snyder**
                                               UNITED STATES MAGISTRATE JUDGE