# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY HERRING III,<br><br>  Plaintiff,<br><br>  v.<br><br>MIKE CLARK, et al.,<br><br>  Defendants.<br>_____/ | 1:05-cv-00079-LJO-SMS-PC<br><br>NOTICE OF MEDIATION CONFERENCE BEFORE MAGISTRATE JUDGE CRAIG M. KELLISON<br><br>ORDER STAYING CASE FOR SIXTY DAYS PENDING COMPLETION OF MEDIATION (Docs. 75, 87, 92.)<br><br><u>Mediation Conference</u><br>  03/27/09 at 9:00 a.m.<br>  Before Magistrate Judge Craig M. Kellison<br>  At California State Prison Sacramento<br>    Prison Road<br>    Represa, California |

Harvey Herring III ("plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on January 19, 2005. (Doc. 1.)

On March 2, 2009, plaintiff filed a notice informing the court that he met with the Prison Mediation Coordinator for the Eastern District of California and desires to participate in mediation of this action with Magistrate Judge Craig M. Kellison. (Doc. 98.) Plaintiff also notified the court of his consent for stay of this action for sixty days pending completion of the mediation.

A Mediation Conference has been scheduled for March 27, 2009, at 9:00 a.m., at California State Prison Sacramento. Defendants, by and through their counsel, are required to appear and

1

participate in the mediation conference. In addition, defendants' counsel shall obtain full settlement authority prior to the date and time of the mediation conference.

Accordingly, IT IS HEREBY ORDERED that:

1. A Mediation Conference is scheduled in this action for March 27, 2009, at 9:00 a.m., at California State Prison Sacramento, Prison Road, Represa, California, before Magistrate Judge Craig M. Kellison;

2. Defendants, by and through their counsel, shall appear and participate in the Mediation Conference;

3. Defendants' counsel shall obtain full settlement authority prior to the date and time for the Mediation Conference;

4. Counsel for defendants is required to arrange for the participation of plaintiff in the Mediation Conference;

5. This case is stayed in its entirety for sixty days from the date of service of this order, pending completion of the mediation process. If settlement is not accomplished, the parties will be invited via order to file status reports, and the Court will thereafter issue a new scheduling order;

6. The Clerk is directed to terminate all pending motions from the docket; and

7. The Clerk shall serve a copy of this order on Magistrate Judge Craig M. Kellison.

IT IS SO ORDERED.

**Dated:   March 9, 2009**         /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE