# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY HERRING III, | 1:05-cv-00079-LJO-SMS-PC |
| Plaintiff, | ORDER FOR PARTIES TO FILE STATUS REPORTS FOLLOWING MEDIATION CONFERENCE |
| v. | |
| MIKE CLARK, et al., | THIRTY DAY DEADLINE |
| Defendants. | |

Harvey Herring III ("plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on January 19, 2005. (Doc. 1.)

On May 22, 2009, Magistrate Judge Craig M. Kellison filed a status report regarding the mediation conference scheduled in this action for March 27, 2009. (Doc. 101.) Judge Kellison notified the court that the case did not settle at the time of conference, nor during the ensuing 60 day period extended to the parties to reopen mediation. Therefore, at this time the parties shall be required to file status reports, after which the court will issue a new scheduling order.

Accordingly, IT IS HEREBY ORDERED that plaintiff and defendants shall file status reports within thirty days of the date of service of this order.

IT IS SO ORDERED.

**Dated:   June 4, 2009**              /s/ Sandra M. Snyder
                            UNITED STATES MAGISTRATE JUDGE